UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Frances Burrell,<br><br>   Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, L.L.C.,<br><br>   Defendant. | Civil Action No.: 3:09-cv-04024-AET-DEA |

### STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Portfolio Recovery Associates, L.L.C. with prejudice and without costs to any party.

| | |
|---|---|
| Frances Burrell | Portfolio Recovery Associates, L.L.C. |
| Jennifer Kurtz, Esq. (Juris No. 03658)<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Donald Maurice, Jr., Esq.<br>Maurice & Needleman<br>5 Walter E. Forum Boulevard, Suite 2007<br>Flemington, NJ 08822<br>(908) 237-4550<br>Attorney for Defendant |

Dated: January 12, 2010